**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
__Atlanta__ **DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 02 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

_Valentina N. Johnson_
(Print your full name)

Plaintiff *pro se*,

v.

_John Wetmore Administration_
_of Family First Life SouthEast_

_____

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:21-CV-1338**

(to be assigned by Clerk)

## _PRO SE_ EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those
   that apply):

   ✓      Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et
   seq., for employment discrimination on the basis of race, color,
   religion, sex, or national origin, or retaliation for exercising rights
   under this statute.

             **NOTE:** To sue under Title VII, you generally must have
   received a notice of right-to-sue letter from the Equal
   Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

✓ Other (describe) _EPA: Equal Pay Act_
_Defamation, Wrongful Termination_
_Business Tort: Forgery, Perjury,_
_Theft of Wages_
_Charge # 410 - 2019 - 07450_
_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

**Parties**

3.   Plaintiff.   Print your full name and mailing address below:

Name   Valentina N. Johnson

Address   79 Place Fontaine

Lithonia, GA 30038

4.   Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

Name   John Wetmore

Address   1690 Stone Village Ln. Bldg # 800

Kennesaw, GA 30152

Name   Victoria Fletcher

Address   1690 Stone Village Ln Bldg # 800

Kennesaw, GA 30152

Name   _____

Address   _____

_____

**Location and Time**

5.   If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

Alongside the Office; Clients actual Home Address 8943 Western Pines dr. Douglasville, GA

6.    When did the alleged discrimination occur?  (State date or time period)

_The EPA Rights began being violated 04/12/2019,_
_when I received a Malicious Email from VP John Wetmore_
_of "Cease Annualization" in which was Contracting_
_contradictions of my Offers Acceptance._

## **Administrative Procedures**

7.    Did you file a charge of discrimination against defendant(s) with the EEOC or
any other federal agency?        ✓___ Yes        _____ No

          If you checked "Yes," attach a copy of the charge to this complaint.

8.    Have you received a Notice of Right-to-Sue letter from the EEOC?

      ✓___ Yes        _____ No

          If you checked "Yes," attach a copy of that letter to this complaint and
          state   the   date   on   which   you   received   that   letter:
          _10/01/2019 charge#410 - 2019 - 07450_

9.    If you are suing for **age discrimination**, check one of the following:

          _____          60 days or more have elapsed since I filed my charge of age
                         discrimination with the EEOC

          _____          Less than 60 days have passed since I filed my charge of age
                         discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_✓_ Yes         _____ No         _✓_ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

Georgia Insurance Commissioner office for overall Licensing& Reporting recieved disclosed information of illicit activity towards my Clients and myself.

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_✓_ Yes         _____ No         _____ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

I was presented an Interview for my concerns, in which I showed substantial information of a forged contract non-authorized as of may, also the Defamation done unto my Identify as a Retaliation to Reporting to GA Insurance Commissioner.

## Nature of the Case

12.   The conduct complained about in this lawsuit involves (check only those that apply):

_____   failure to hire me
_____   failure to promote me
✔   demotion
✔   reduction in my wages
✔   working under terms and conditions of employment that differed from similarly situated employees
_____   harassment
✔   retaliation
✔   termination of my employment
_____   failure to accommodate my disability
✔   other (please specify) _Defamation & Wrong and incriminating info was sent to 2 carriers_

13.   I believe that I was discriminated against because of (check only those that apply):

✔   my race or color, which is _Black_
_____   my religion, which is _____
✔   my sex (gender), which is _____ male   ✔ female
_____   my national origin, which is _____
_____   my age (my date of birth is _07/01/1989_ )
_____   my disability or perceived disability, which is: _____

✔   my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

✔   other (please specify) _South East IMO Network "Competition" VP Terry Herron Employees vs. VP John Wetmore ∷ Comp pay "Benefits"_

14.  Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

The many occurences began after my VP Terry Herron was missing from the office due to a Family emergency. I recieved a malicious email correspondence of changes and/or making changes to my contract, as of 4/12/2019; Also while servicing my Clients on several notions, informed me of others coming to thier Homes imposing illicit sales of Burial Insurance; In which I reported the matter 4/24/2019 to GA Insurance Commissioners Office. In doing so following the Complaint began Retaliation of my Employer by sending both Athene & Foresters' Defamatory and incriminating False information of my Identity, in which Wrongful Termination of the two Contracts occurred 4/22/2019 sAthene and 5/22/2019 of my Foresters. Also John Hancock premiums sold as of 4/2019 was stolen, as I did not recieve payments nor did the Carrier recieve information of such Defamation. 5/28/2019 Lexxis Nexis Investigation reveals the results of the Investigation I put onto my Credit/Identity Profile of an inquiry made on dark web.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff _____ still works for defendant(s)
         ✓       no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   _____ Yes   ✓ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial.  Do you request a jury trial?   ✓ Yes   _____ No

### Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓   Defendant(s) be directed to *Premium payments of All Carriers in which I sold policies. $125,000*

✓   Money damages (list amounts) *ADHERE TO A CARRIER WORTH; NEW EMPLOYEE OF EQUIS FINANCIAL $4,780,000*

✓   Costs and fees involved in litigating this case *$1200.00 plus Paralegal Help 10%*

✓   Such other relief as my be appropriate *& Psychiatric treatment*

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _2nd_ day of _April_____, 20 _21_

_Valenta N. John_
(Signature of plaintiff *pro se*)

_Valentina N. Johnson_
(Printed name of plaintiff *pro se*)

_79 Place Fontaine_
(street address)

_Lithonia, GA 30038_
(City, State, and zip code)

_VNEDJEAN@GMAIL.COM_
(email address)

_424)285-3290_
(telephone number)

Page 9 of 9

 **Gmail**

**Valentina Ned'Jean <vnedjean@gmail.com>**

---

## Process Service
13 messages

---

**Valentina Ned'Jean <vnedjean@gmail.com>**      Thu, Jan 16, 2020 at 11:57 AM
To: cases@atlprocessserver.com

Hello,
Attached to this email is the needed Court Official documentation in need of process serving. The documentation includes the Defendant's name, blank documents for process server to fill out upon completion (the first 6 pages) and court filing papers of Instructions to pretrial (9 pages of Instructionsto Pretrial) . Each Defendant does have a page in need to be filled out upon processing served. The best times to serve this documentation is Mondays and Thursdays between 10:00 a.m.- 2:00 pm. to the Business address provided. Thank you for all of your help.
Sincerely,
Valentina Ned'Jean Johnson
(424) 285-3290

---

📄 **01-16-2020-10.28.39.pdf**
4086K

---

**Account Manager <cases@atlprocessserver.com>**      Thu, Jan 16, 2020 at 1:06 PM
To: Valentina Ned'Jean <vnedjean@gmail.com>

This email confirms that we received the documents.  Kindly make payment at www.atlprocessserver.com for $285. Thank you.

Donna
[Quoted text hidden]
--
Atlanta Process Servers LLC
www.atlprocessserver.com
(678) 391-4770



---

**Account Manager <cases@atlprocessserver.com>**      Thu, Jan 16, 2020 at 1:10 PM
To: Valentina Ned'Jean <vnedjean@gmail.com>

The fee charged in previous email is for three attempts at the same address. this will include the Proof of service which will be emailed to you for filing in Federal court.  These documents cannot be served to anyone else, they must be served personally! If at any point the server is asked not to come back to the business location we must comply. Please let me know if you have any questions.  Thank you.

[Quoted text hidden]

---

**Valentina Ned'Jean <vnedjean@gmail.com>**      Thu, Jan 16, 2020 at 1:16 PM
To: Account Manager <cases@atlprocessserver.com>

Thank you for the clarification.
[Quoted text hidden]

---

---

**Account Manager** <cases@atlprocessserver.com>                Thu, Jan 16, 2020 at 1:26 PM
To: Valentina Ned'Jean <vnedjean@gmail.com>

Email address is cases@atlprocessserver.com,  Thank you.

Donna
[Quoted text hidden]

---

**Valentina Ned'Jean** <vnedjean@gmail.com>                      Thu, Jan 16, 2020 at 2:02 PM
To: Account Manager <cases@atlprocessserver.com>

Got it, thank you.
[Quoted text hidden]



**20200116_134529.jpg**
390K

---

**Valentina Ned'Jean** <vnedjean@gmail.com>                      Fri, Jan 17, 2020 at 3:56 PM
To: Account Manager <cases@atlprocessserver.com>

To whom it may concern:
Monday January 20, 2020 is a Holiday and I believe the Business will be closed in observance of the Holiday. If you could
schedule the 1st service attempt as of Thursday January 23, 2020 it will be greatly appreciated.
Sincerely,
Valentina Ned'Jean
(424) 285-3290
[Quoted text hidden]

---

**Atlanta Process Servers** <cases@atlprocessserver.com>         Thu, Jan 23, 2020 at 9:32 AM
To: Valentina Ned'Jean <vnedjean@gmail.com>

Good morning,
This is Atlanta Process Servers just confirming the defendants will be at the location today or if there are any other
changes please let us know. Thank you.
Donna

Sent from my iPhone

    On Jan 17, 2020, at 3:57 PM, Valentina Ned'Jean <vnedjean@gmail.com> wrote:


    [Quoted text hidden]

---

**Atlanta Process Servers** <cases@atlprocessserver.com>         Fri, Jan 24, 2020 at 11:59 AM
To: Valentina Ned'Jean <vnedjean@gmail.com>

Service update: served two  of three defendants yesterday, we did not serve Grayson Hughes. We will send you an
affidavits of service shortly. Please let us know if you have any questions. Thank you.

Donna

Sent from my iPhone

> On Jan 23, 2020, at 9:32 AM, Atlanta Process Servers <cases@atlprocessserver.com> wrote:

> Good morning,
> [Quoted text hidden]

---

**Valentina Ned'Jean** <vnedjean@gmail.com>                                      Fri, Jan 24, 2020 at 12:34 PM
To: Account Manager <cases@atlprocessserver.com>

Thank you for the update. I appreciate your service. The Affidavit is needed to complete the court proceedings. Thanks Again!
Sincerely,
Valentina Ned'Jean
(424)285-3290
[Quoted text hidden]

---

**Account Manager** <cases@atlprocessserver.com>                                 Mon, Jan 27, 2020 at 12:14 PM
To: Valentina Ned'Jean <vnedjean@gmail.com>

Attache is a copy of  Affidavit of non service for Grayson Hughes.  Thank you.

Donna
[Quoted text hidden]

📄 **AFFIDAVIT OF NON SERVICE Grayson Hughes 1 27 2020.pdf**
722K

---

**Account Manager** <cases@atlprocessserver.com>                                 Mon, Jan 27, 2020 at 12:17 PM
To: Valentina Ned'Jean <vnedjean@gmail.com>

Affidavit of service for Victoria Fletcher.  Thank you.

Donna
[Quoted text hidden]

📄 **AFFIDAVIT OF SERVICE Victoria Fletcher.pdf**
800K

---

**Account Manager** <cases@atlprocessserver.com>                                 Mon, Jan 27, 2020 at 12:30 PM
To: Valentina Ned'Jean <vnedjean@gmail.com>

Attached is a copy of the Affidavit of Service for John Wetmore.  Please let us know if you have any questions.  Thank you.

Donna
[Quoted text hidden]

📄 **FFIDAVIT OF SERVICE  John Whetmore 1 27 2020.pdf**
733K





LexisNexis Consumer Center

Consumer Number: 16048805

Case Number: 119875305

May 28, 2019

VALENTINA NEDJEAN JOHNSON
79 PLACE FONTAINE
LITHONIA, GA 30038

Dear: VALENTINA NEDJEAN JOHNSON

RE: Results of Reinvestigation

Thank you for your recent correspondence to LexisNexis®. LexisNexis has completed its reinvestigation and reports its findings below. Please be advised that you may receive additional communications if you disputed other items in your LexisNexis file.

| CASE NUMBER | RESOLUTION |
|---|---|
| 119875285, 119875295, 119875305 | We have deleted information from our Lawsuits, Civil Filings, Judgments, and Lien Records based upon your dispute related to Filing Number 13MS162075. Please contact the court directly if they need to update their records. |

As a general rule, LexisNexis reviews all relevant information provided to it by consumers regarding disputed items in their file. If the consumer provides source-based evidence proving their position, LexisNexis will update the file with the new information provided.

Please note that the Fair Credit Reporting Act gives you the right to:

- Request a description of the procedure used to determine the accuracy and completeness of disputed information, including the business name and address, and telephone number if reasonably available, of any furnisher of information contacted;

- Add a statement to your file disputing the accuracy or completeness of information. The statement will remain on file and will be furnished to recipients of the file as long as the disputed information is still used;

- Request that LexisNexis furnish notification of the deletion of disputed information or a dispute statement to any person specifically designated by you who has received a LexisNexis consumer report for employment purposes within the past two years, or received a LexisNexis consumer report for any other purpose in the past six months (twelve months for residents of California, Colorado, Maryland, New Jersey, and New York).

For your review, a current copy of your applicable public records disclosure report(s) have been included with this letter. If you have any further questions contact the LexisNexis Consumer Center, by mail (see below for address) please indicate in the Attn: line which Consumer Disclosure Report your question is regarding (see attached reports header for this information), or by email at consumer.documents@LexisNexis.com, or by phone at:

**Decisioning Report**
888-214-1109

Shows detailed information on judgments and tax liens associated with your name, or names similar to yours.

## Data Source - Liens & Judgements                                    Record: 1 of 1

| Case Number | Amount | Origin Filing Date |
|---|---|---|
| | 875 | 1/16/2014 12:00:00 AM |
| Filing State | Release Date | Origin Filing Type |
| GA | | |
| Creditor Name | | Creditor Address |

| Criminal | 1 Records Found | ⌄ View |
|---|---|---|

## What are these records?

Here you'll find records of incarceration, parole, and probation from felony or misdemeanor convictions in 45 states. This does not show incarceration in county or city jails, or arrests pending trial.

## Data Source - Criminal Records                                      Record: 1 of 1

| Case Number | County Of Origin | DOC Number | |
|---|---|---|---|
| S2132045 | S2132045 | I0010312081127078295145 7S213204520090904 | |
| Eyes | Hair | Height | Weight |
| | | 061 | |
| Gender | Race | Skin | |
| Female | | -- | |
| Name | Address | Social Security | |
| VALENTINA JOHNSON | GA | xxxxxxxxx | |
| Date of Birth | State Of Birth | State Of Origin | Status |
| 1989-07-01 | | Georgia | |
| Offense Case Number | Offense Case Type | Offense Count | Offense County |
| | | 1 | |
| Offense Description | Offense Maximum Term | Offense Minimum Term | Offense Number Counts |
| Offense Date | Offense Type | Offense Sentence | Offense Sentence Date |
| 8/25/2009 12:00:00 AM | | | |
| Arrest Date | Disposition | Disposition Date | Appeal Date |
| Court Sentence Jail | Court Sentence Probation | Court Sentence Suspended | -- |
| Admitted Date | | Scheduled Release Date | |

| Death | 0 Records Found | > View |
|---|---|---|

| Global Watch List | 0 Records Found | > View |
|---|---|---|

| Phone | 0 Records Found | > View |
|---|---|---|

| Property | 0 Records Found | > View |
|---|---|---|

ATHENE

**Athene Annuity and Life Company**
Mail Correspondence to: PO Box 1555, Des Moines, IA 50306-1555
Customer Contact Center Tel: 888-266-8489 Fax: 866-709-3922

April 22, 2019

00049
Valentina Johnson
79 Place Fontaine
Lithonia, GA 30038

Code(s): XM9XZ
Debt Balance: $0.00

RE: Contract Termination

This letter serves as notice that your contract with Athene Annuity and Life Company and appointment with the state of  will terminate on May 22, 2019.

Upon termination, you are no longer permitted to solicit or sell products on behalf of Athene. Please return or send written confirmation of the destruction of any indicia (Athene branded materials), including all letterhead, marketing materials, forms or any material that could be used to solicit or service an Athene product.

You can access your commission information online by registering at www.atheneannuity.com/Connect. You will not have access to your commissions normally paid to your upline.

We appreciate your prompt attention to this matter. If you have questions or need assistance, please call one of our Agency Representatives at 888-266-8489 or email us at contracting@athene.com.

Sincerely,

Agency Services



# Foresters
Financial

May 22, 2019

Valentina Johnson
79 Place Fontaine
Lithonia, GA, 30038 1215


Dear Valentina,

Written notice is hereby given to you that your Foresters Financial™ Agreement has been terminated due to non-disclosure on your Application for Contract and Appointment, effective 5 days from the date of this letter, pursuant to the termination provisions of your Agreement with Foresters Financial.

Any indebtedness owed by you to Foresters Financial, or becoming due on or after termination, under this Agreement will be immediately due and payable in full and will be registered with Vector One.


Yours sincerely,

Kelley Cox
Manager,
Contracting and Compensation Services Department


**720577**

c.c.
    707215 John J Wetmore


414719 US (01/17)


Foresters Financial and Foresters are trade names and trademarks of The Independent Order of Foresters (a fraternal benefit society, 789 Don Mills Road, Toronto, Canada M3C 1T9) and its subsidiaries.

 Gmail

Valentina Ned'Jean <vnedjean@gmail.com>

---

## Ceased Annualization - Producer#: 720577 Producer Name: Valentina
9 messages

---

**Agency Administration** <AgencyAdmin@foresters.com>
To: "vnedjean@gmail.com" <vnedjean@gmail.com>

Fri, Apr 12, 2019 at 7:55 AM

Hello Valentina


As set out in the provision for "Annualization of First Year Commissions" of your Foresters Financial™
Advance Commission Addendum, written notice is hereby given that annualization of first year
commissions will cease effective immediately and all certificates put in force after this date will be
payable on an as earned basis.


**If you have any questions about this change, please contact your immediate upline**




**Thank you for choosing Foresters Financial**

**Agency Administration – Foresters Financial**

**E:** AgencyAdmin@Foresters.com

**Toll:** 800-267-8777

**F:**     866-289-6656


**Foresters Financial**

789 Don Mills Road

Toronto, ON, M3C 1T9


foresters.com

---

CONFIDENTIALITY NOTICE - - - - - - - - - 200345 (Can/US)(04/02)
This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. This communication
represents the originator's personal view and opinions, which may not necessarily reflect those of Foresters. It may also contain confidential information and
be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information. If you are not the original recipient or the
person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination,
forwarding, printing or copying of this email is strictly prohibited. If you received this e-mail in error, please notify postmaster@foresters.com immediately.

---

**Valentina Ned'Jean** <vnedjean@gmail.com>
To: intake@kirbygsmith.com

Mon, May 6, 2019 at 6:39



**OFFICE OF INSURANCE AND SAFETY FIRE COMMISSIONER**
COMMISSIONER OF INSURANCE · INDUSTRIAL LOAN COMMISSIONER · SAFETY FIRE COMMISSIONER
**Jim Beck, Commissioner**
2 Martin Luther King Jr., Dr., Suite 716, West Tower, Atlanta, GA 30334
Phone: 404-656-2070 ◊ Fax: 404-657-8542



www.oci.ga.gov

**PROVIDER COMPLAINT FORM**

| CONSUMER SERVICES |
| GID-258-LH   JAN2019 |

A digital filing process is available using the "preferred"
*Complaint Portal* on our website at www.oci.ga.gov in place of this form.

### PLEASE TYPE OR PRINT LEGIBLY IN BLUE OR BLACK INK

#### PROVIDER / PRACTICE INFORMATION

Practice Name: Valentina Ned'Jean
Address: 79 Place Fontaine
City: Lithonia
County: DEKalb    State: GA   Zip: 30038
Phone Number Of Practice: 424) 285-3290
"Contact" Name At Practice:
[ ] Mr.  [ ] Mrs.  [✔] Ms.  [ ] Dr.  Johnson

Email Address*: Vnedjean@gmail.com

[✔] * I, the Complainant, hereby confirm that by checking this box and providing the above Complainant Email Address that I am authorizing the Office of Insurance and Safety Fire Commissioner to transmit communications via the designated Email Address.

[ ]  Check here if you are represented by an attorney.

#### PATIENT / INSURED INFORMATION

[ ] Mr.  [✔] Mrs.  [ ] Ms.  [ ] Dr.
Name: CHERYll MERRITT
Address: 8943 WESTERN Pines dR.
City: Douglasville   State: GA   Zip:
County: Fulton/Douglas
Phone:  Home                 Work
Cell Phone:
Email Address: computermama4@gmail.com

NOTE:  If there are multiple insureds involving this complaint, only attach the documentation that is pertinent to each patient.

#### MY COMPLAINT IS AGAINST THE FOLLOWING INSURANCE COMPANY OR 3RD PARTY ADMINISTRATOR

Company Name: Family First Life
Phone: 850)225-7001
Policy/ID No.: malpractice
Claim No.: n/a
Date Of Loss: n/a
Policy Period: n/a
Identify State in which policy was issued: Georgia

#### TYPE OF CLAIM

[ ] Auto Med Pay
[ ] Home Med Pay
[ ] Commercial Med Pay
[ ] Accident & Health:
 [ ] Fully Insured
 [ ] Self-Insured*

[ ] Medicare*
[ ] Medicaid*
[ ] Workers' Compensation*
[✔] Other (specify): malpractice
[ ] Dental

* Claims not subject to the jurisdiction of this office

---

Briefly describe your issue and clearly state your complaint. Attach copies of any supporting documents but KEEP YOUR ORIGINALS.

1, Valentina Johnson began Employment at Family First Life 01/01/19 according to my E&O Insurance for my Business. Upon starting, I did initiate training courses with listed carrier America through the VP's of the firm and noticed the malpractice of How they are selling the Policies; based on their own Interest of premium commissions Rather than providing coverage for the Home. There are multiple carriers, so I myself educated myself on the Products, and specifications so that I would be able to Ensure I'm providing Good coverage upon the market, my experience from Bankers Life.
cont'd

Authorization & Release: By signing below, I hereby authorize Commissioner Jim Beck and members of his staff to receive and disclose such information, including protected health or financial information, as they may deem necessary and appropriate for purposes of making inquiries into the subject matter contained herein and all matters related thereto. I also specifically authorize the insurer, agent, third party administrator, or other party to release any and all information necessary for the Office of Insurance and Safety Fire Commissioner to investigate the matter contained herein. I further acknowledge that the information contained in this form is accurate to the best of my knowledge. A copy of this request may be shared with any/all parties involved.

Date  4/24/2019          Signature: Valentina Johnson

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Direct Dial: (404) 562-6887
FAX (404) 562-6909/6910
Website: www.eeoc.gov

Our References:        Johnson v. Family First Life South East IMO Network
                       Charge No. 410-2019-07450

Valentina N. Johnson
79 Place Fontaine
Lithonia, GA 30038

Dear Ms. Johnson:

When you filed the referenced charge, we requested information from the Respondent with respect to the allegations which you raised in your charge. You were thereafter given an opportunity to provide a written rebuttal to the Respondent's statement of position.
We have reviewed your allegations and all documents submitted by you and the Respondent. We have determined that the evidence does not indicate that a violation of the statutes enforced by the Commission has occurred and that additional processing by the agency will not likely result in a finding in your favor. That finding is based on the following:

You alleged that the Respondent's Vice President, John Wetmore has subjected you to discrimination based on your race, sex and religion. Specifically, you alleged that Mr. Wetmore made efforts to sabotage your career by making false statements that you have a criminal record. You discovered that your name was forged on an insurance contract and you believe that Mr. Wetmore was responsible for this fraudulent act. You also allege that you were not paid properly regarding your May 2019 paycheck and this resulted in the loss of a commission of $800,000.00 with Foresters Financial. A client contact list was stolen and some of your clients were wrongfully sold inappropriate burial policies without your knowledge by Mr. Wetmore's Agents. Mr. Wetmore has constantly harassed and mistreated you and he eliminated your ability to do business with your two biggest clients, Foresters and Athene. Finally, you alleged that you were not paid $240,000.00 regarding a sales commission with Athene Annuity.

The evidence fails to support your allegations because the record shows that this case is non-jurisdictional with the EEOC because the Respondent does not employ more than 15 employees. There is no indication that the Respondent employed 15 or more employees during the relevant time period. In addition, the record indicates that you were an Independent Contractor and not considered an employee of the Respondent. For these reasons, your allegations of discrimination based on sex, religion and race are considered non-jurisdictional.

While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. For this reason, we will issue you a Dismissal and Notice of Rights under separate cover which will enable you to file suit in U.S. District Court within 90 days of your receipt of that Notice if you wish to pursue this matter further.